UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| ALTON LEVON GRIGGS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CV412-246 |
| D&S CONSTRUCTION OF PINEVILLE, INC., | ) | |
| Defendant. | ) | |

# ORDER

Plaintiff filed his employment discrimination complaint on September 26, 2012 and moved to proceed *in forma pauperis*. (Docs. 1 & 2.) He states that he is presently employed, earning $440 per week. (Doc. 2 at 2.) It is unclear what his current living expenses are, but he reports that he has no dependents and no outstanding debt. (*Id.* at 1-2.) Without a more detailed showing, the Court cannot determine whether he can afford to pay all or some portion of the $350 filing fee. 28 U.S.C. § 1915; *See Adkins v. E.I. Dupont de Nemours*, 335 U.S. 331, 339 (1948) (plaintiff need not be destitute to proceed *in forma pauperis*, but he must pay if it is possible to do so without undue hardship). Thus, Griggs is faced with two

options. He may either submit the Court's $350 filing fee or provide a new IFP petition including a better financial snapshot. He shall have 14 days from the date of this Order to either pay the filing fee or supplement his IFP showing. If he does not respond, the Court will recommend that this case be dismissed.[1]

**SO ORDERED** this 22nd day of October, 2012.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court acknowledges this failure is due at least in part to flaws in the form IFP motion he submitted. For instance, it does not ask for a listing of his monthly expenses.