# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| ALTON LEVON GRIGGS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV412-246 |
| D&S CONSTRUCTION OF PINEVILLE, INC., | ) ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

In this employment discrimination action, the Marshal served defendant on May 21, 2013, but defendant never responded. (Doc. 7 (return of service).) Plaintiff has not moved under Fed. R. Civ. P. 55 for an entry of default, much less for a default judgment. Nor has he otherwise endeavored to prosecute the matter since that time. Since he has apparently abandoned his case, it case should be **DISMISSED**. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102

(11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 20th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA